**FILED - GR**
February 19, 2021 4:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:tlb  SCANNED BY: JW / 2-22

**1:18-cv-1221**
Robert J. Jonker - Chief U.S. District Judge
Ray Kent - Magistrate Judge

This is Jonathan Edward Hartger I do not accept any offers pertaining to my case in regards to defendants settlement offer. Current council is not following my instructions. I wish to proceed in pro-per and do not want to be represented by council William Piper. William Piper is not my attorney and do not want council to represent me. The initial letter was only to see if defendants were willing to settle. Sincerely,

Jonathan Edward Hartger
(616) 516-4714
2143 Woodburn Apt. #1
Grand Rapids MI. 49546